IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL MORRIS,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, et al.

    Defendants.

ORDER

Case No. 15-cv-564-wmc

    Plaintiff Michael Morris, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted an inmate account statement for the six month period preceding the filing of the complaint.

    Using information for the relevant time period from plaintiff's trust fund account statement, it appears that plaintiff has no means to make any initial partial payment of the filing fee. The court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee and will not assess an initial partial payment. Plaintiff remains obligated to pay the full $350 filing fee for indigent litigants, even if this court determines that the complaint cannot go forward.

    Because plaintiff is a prisoner, plaintiff is subject to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Michael Morris for leave to proceed without prepayment of filing fee (Dkt. # 3) is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 24th day of September, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge