IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL MORRIS,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, TIMOTHY DOUMA,
WARDEN BOUGHTON, EDWARD WALL,
BRENDON INGENTHRON, KENNEDY,
TIMOTHY THOMAS, MR. BROWN,
MS. RAY, MS. SUTTER, MS. DICKMAN,
CHARLES FACTOR, CINDY O'DONNELL,
C.O. HARN, LT. SHARPE, MR. DAVENPORT,
MR. WEISS, A. MINK, MS. DRESSLER,
J. STRASSER, C. MORRISON,
MR. BOARDMAN, MR. PARISI and
MS. PAYNE,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-564-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

| /s/ | 8/1/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |