UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
15-CV-564-WMC

MICHAEL MORRIS
    PLAINTIFF

V

DEP'T OF CORRECTIONS, et al, Timothy Douma
    DEFENDENTS

## NOTICE OF APPEAL

Notice is hereby given that Micheal Morris, plaintiff in the above named case hereby appeal to the United States Court of Appeals, Seventh Circuit from the Final Judgement for the order denying his civil law suit, entered this __1st__ day of __August__ 2018.

8/6/2018

Michael Morris
Michael Morris
WSPF P.O Box 1000
Boscobel, Wi, 53805

Declaration by Inmate Enclosed.
With Motion to Clarity if I need to send Docketing Statement
3 different Docket Entry's.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MICHAEL MORRIS
　　PLAINTIFF
　　v.
DEP'T OF CORRECTIONS, et al. Timothy Douma.
　　DEFENDANT

Case No. 15-CV-564-WMC

## DECLARATION BY INMATE

Notice is hereby given that Michael Morris, he, confined in an Institution. Today, 8/6/18 I am dispositing the Notice of Appeal in this case in the institution mail box For E-Filing to Western District Court, by Institution Staff.

I declare under penalty of purjury that the forgoing is true and correct, pursvant to 28.U.S.C § 1746.

Michael Morris
Michael Morris
WSPF P.O Box ~~53815~~ 1000
Boscobel, WI. 53805.

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Michael Morris
Plaintiff

v.

Dep't of Corrections, et al, Timothy Douma
Defendant

Case No 15-cv-564-wmc

## MOTION FOR CLARIFICATION

Notice is hereby given that the Plaintiff pro se, request Clarification on Fed. rules of Appellate procedure (3)(c)(1) circuit rule 3, which state an attorney must send a docket statement, and in other parts says the clerk sends the Docketing statement.

And I've seen other document saying pro se inmate do not need to send a Docketing Statement.

I respectfully request the court or Clerk clarify which rule I must abide by, and whether I need to send a docketing statement.

8/6/18

Respectfully Submitted
Michael Morris
Michael Morris
WSPF P.O Box 1000
Boscobel, Wi. 53805