UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Michael Morris
 Plaintiff

Dept of Corrections, et al. Timothy Douma
 Defendants

15-cv-564-wmc
18-2690

## AMENDED NOTICE OF APPEAL (59(e) Motion)

Notice is hereby given that Michael Morris, plaintiff in the above captioned case, wishes to Amend the original notice of appeal, to include his Motion to Alter Judgement filed on 8/10/18, DKT 104, to his appeal of the District courts dismissing this suit on Failure to Exhaust grounds on 8/1/18, DKT No. 104. File number 4738399-0

8/10/18

Also note Docketing Statement filed on 8/8/18 DKT 103 # 4736741-0
If the Clerk has not transmitted Please do so, its due by 8/14/18
Transcript Statement enclosed.

Michael Morris
Michael Morris
WSPF P.O.Box 1000
Boscobel, Wi. 53805

### Certificate of Service

This is to clarify that on this 12th day of August 2018 a true and correct copy of this document was put in the prison mail box for E-Filing and am forward that copy to counsel of record as indicated below via E-Filing System.
Theresa Anzivino.
Asst. Att. General, Dept of Justice
P.O Box 7857
Madison Wi 53707-7857.